IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| United States of America, | ) | Cr. No. 3:08-347 (CMC) |
| | ) | |
| v. | ) | **OPINION and ORDER** |
| | ) | |
| David Scott Browder, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the court on Defendant's Motion for Reconsideration. ECF No. 215. Defendant seeks reconsideration of the court's recent order granting the Government's motion for reduction of sentence under Rule 35 of the Federal Criminal Rules of Procedure. *See* Am. Judgment, ECF No. 211.

Defendant's response to the Government's motion was filed April 30, 2014. The court was in possession of and considered Defendant's response in granting the Government's motion on May 1, 2014. Defendant has provided no legal basis for any change in the court's decision to grant a twelve-month reduction in Defendant's sentence of incarceration. Accordingly, Defendant's motion for reconsideration is **denied**.

**IT IS SO ORDERED**.

                                                                       s/ Cameron McGowan Currie
                                                                       CAMERON MCGOWAN CURRIE
                                                                       SENIOR UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
May 13, 2014

1